UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 14-123-DLB-JGW

RENEE WELLS                                                                                          PLAINTIFF

vs.                                           SCHEDULING ORDER

H.W. TEMPS, INC.                                                                              DEFENDANT

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to Federal Rule of Civil Procedure 16, the Court, having reviewed the Report of Parties' Planning Meeting (Doc. # 9), hereby enters the following Scheduling Order to facilitate the disposition of this case:

(1) Rule 26(a)(1) disclosures – on or before **October 15, 2014**
*These disclosures should not be filed in the Court record.*

(2) Motion to join parties/amend pleadings – on or before **September 30, 2014**

(3) Rule 26(a)(2) expert witness disclosures and reports –
Primary designations – on or before **February 2, 2015**
Rebuttal designations – on or before **April 2, 2015**
*These reports should not be filed in the Court record.*
*Supplementation of expert information as required by Rule 26(e)(2) will be made in conjunction with Rule 26(a)(3) pretrial disclosures (which disclosures deadline will be set by subsequent order of the Court).*

(4) Fact discovery – on or before **May 15, 2015**
*Supplementation under Rule 26(e)(1) must also be completed by the above date.*

1

(5)  Status Report – on or before **May 15, 2015 (close of discovery)**
*The report should indicate the progress of the case and the status of settlement negotiations, the likelihood of settlement, and the feasibility of alternative dispute resolution, including the parties' views on the method of resolution (i.e., mediation, arbitration, settlement conference with the Court, summary jury trial, etc.)*

(6)  Dispositive motions – on or before **June 30, 2015**

(7)  Copies of Memoranda
A court courtesy copy of briefs and memoranda in support of motions must be provided **TO CHAMBERS** within 48 hours of electronic filing; said courtesy copy should be in paper form or electronic format (using Word or WordPerfect) e-mailed to Judge Bunning's Chambers at: dbunningmemos@kyed.uscourts.gov

This 28th day of August, 2014.



Signed By:
*David L. Bunning*  DB
United States District Judge

G:\DATA\ORDERS\Cov14\14-123 Scheduling Order.wpd