**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON**

*Electronically Filed*

| | | |
|---|---|---|
| **RENEE WELLS,** | : | Case No. 2:14-CV-00123-DLB-JGW |
| | : | |
| **Plaintiff** | : | Judge David L. Bunning |
| | : | |
| vs. | : | Magistrate Judge J. Gregory Wehrman |
| | : | |
| **H.W. TEMPS, INC.,** | : | |
| | : | |
| **Defendant** | : | |
| | : | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Now come Plaintiff Renee Wells and Defendant H.W. Temps, Inc., by and through their undersigned counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and hereby stipulate that the above-captioned action is dismissed with prejudice in its entirety as between them, each party to bear their own costs.

Dated: May 14, 2015

| | |
|---|---|
| /s/ Charles T. Lester, Jr. (*per email authorization*) | /s/ Patricia Pryor |
| Charles T. Lester, Jr. (41195) | Patricia Pryor (94207) |
| P.O. Box 75069 | Ryan M. Martin (92619) |
| Fort Thomas, KY 41075-0069 | JACKSON LEWIS P.C. |
| Telephone (859) 781-2406, (513) 685-7300 | 201 E. 5th Street, 26th Floor |
| Facsimile (859) 486-6590 | Cincinnati, Ohio 45202 |
| E-mail:cteljr@fuse.net | Telephone (513) 898-0050 |
| | Facsimile (513) 898-0051 |
| *Counsel for Plaintiff* | E-mail:pryorp@jacksonlewis.com |
| | ryan.martin@jacksonlewis.com |
| | |
| | *Counsel for Defendant* |

4833-6771-5108, v. 1