UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 14-123-DLB-JGW

RENEE WELLS                                                                                           PLAINTIFF

vs.                                                          **ORDER**

H.W. TEMPS, INC.                                                                                  DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court upon Plaintiff Renee Wells and Defendant H.W. Temps, Inc.'s Joint Stipulation of Dismissal. (Doc. # 11). Having reviewed the Stipulation, and the Court being sufficiently advised,

It is **HEREBY ORDERED** that this action is **DISMISSED** with prejudice, each party to bear their own costs, and **STRICKEN** from the Court's docket.

This 15th day of May, 2015.

Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\Cov14\14-123 order dismissal.wpd